K. Blankstein, defendant in error, v. Albert J. Horan and William Kleine, trading as Loyola Garage, plaintiffs in error. Gen. No. 37,293.

Opinion filed February 1, 1935.

Benjamin E. Cohen, for plaintiffs in error; Mayer Goldberg and Harold R. Gordon, of counsel. Seymour R. Blankstein, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

First National Bank and Trust Company, appellant, v. Baker, Fentress and Company et al., appellees. Gen. No. 37,424.

Opinion filed February 1, 1935. Rehearing denied February 13, 1935.

Ekern & Meyers, for appellant; Luther F. Binkley and William E. Mooney, of counsel. Henry Fitts, for appellees; Samuel Topliff, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

In re estate of Robert M. Bowes, deceased. Robert B. Bowes, administrator of the estate of Robert M. Bowes, deceased, appellee. Irma A. Ulm, appellant. Gen. No. 37,465.

Opinion filed February 1, 1935.

Marshall Solberg and Kellam Foster, for appellant. Marguerite Hartman and Hubbard, Baker & Rice, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.